# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri

In re  O'Fallon Hospitality, Inc.,
Debtor

Case No.  11-20328

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AT&T<br>P.O. Box 90246<br>Arlington, TX  76004 | | | | 900.00 |
| Elavon Settlement Recovery<br>P.O. Box 86<br>Minneapolis, MN 55486-0086 | | | | 950.00 |
| American Hotel Register Company<br>16458 Collections Center Drive<br>Chicago, IL  60693 | | | | 1,100.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Ecolab, Inc. P.O. Box 70343 Chicago, IL 60673 | | | | 1,115.00 |
| Controlled Air, Inc. 216 North Clark Street Moberly, MO 65270 | | | | 1,200.00 |
| US Cable P.O. Box 2153 Birmingham, AL 35287 | | | | 1,231.00 |
| Moberly Refrigeration 210 South Morley Moberly, MO 65270 | | | | 1,500.00 |
| Flynn Sales & Services 1286 Franks Road Jacksonville, IL 62650 | | | | 1,500.00 |
| City of Moberly 100 West Reed Street Moberly, MO 65270 | | | | 1,857.00 |
| Westlake Ace Hardware P.O. Box 973 Columbia, MO 65205-0973 | | | | 1,980.00 |
| Play Net Work, Inc. P.O. Box 809150 Chicago, IL 60680 | | | | 2,100.00 |
| US Food Service 8543 Page Avenue Vinita Park, MO 63114 | | | | 3,100.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30815-302Y-08510 - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | | | | 3,200.00 |
| Otis Elevator Company<br>11580 Great Oaks Way<br>Alpharetta, GA 30022 | | | | 3,600.00 |
| American Hotel Register Company<br>100 South Milwaukee Avenue<br>Vernon Hills, IL 60061 | | | | 3,700.00 |
| Micros Systems, Inc.<br>7031 Columbia Gateway Drive<br>Columbia, MD 21046 | | | | 4,813.00 |
| Ameren Missouri<br>P.O. Box 66301<br>St. Louis, MO. 63166 | | | | 5,055.00 |
| Ohio Casuality<br>9450 Seward Road<br>Fairfield, OH 45014 | | | | 5,500.00 |
| IHG<br>11580 Great Oaks Way<br>Alpharetta, GA 30022 | | | | 35,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30815-302Y-08510 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| American Enterprise Bank attention Mark Danhoff 600 North Buffalo Grove Road Buffalo Grove, IL 60089 | | | | 3,150,891.37 Collateral FMV 3,000,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  08/16/2011

Signature  /s/ Maluk Dhami

MALUK DHAMI, President

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30815-302Y-08510 - Adobe PDF